WR-83,689-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/18/2015 2:07:24 PM
Accepted 8/18/2015 2:16:55 PM
ABEL ACOSTA
CLERK

NO. WR-83,689-01

RECEIVED
COURT OF CRIMINAL APPEALS
8/18/2015
ABEL ACOSTA, CLERK

AT THE COURT OF CRIMINAL APPEALS

TEXAS

In Re Karl Schonwalder

Original Proceeding and Emergency Relief
From the 397th District Court of Grayson County

EMERGENCY PETITION TO
HEAR WRIT OF HABEAS CORPUS AND
TO STAY LOWER COURT PROCEEDINGS

Karl Schonwalder
2119 56th St
Lubbock, Tex [79412]
806-438-1976
Unrepresented

To the Honorable Judges of the Court of Criminal Appeals, for Texas.

I.

Karl Schonwalder, is the defendant in error, in a criminal action brought on April 15, 2015, in the 397th District Court of Grayson County, entitled the State of Texas, Plaintiff v Karl Schonwalder, Defendant, Cause No. 065584. This action was predicated upon an unlawful administrative procedure, a copy is which is not attached because Defendant in Error has not received any process at this time, and no probable cause affidavit is available in the subsequent corresponding, unlawful, criminal action. Defendant in Error is told that no probable cause affidavit exists, and it is further claimed by the prosecution that it is not necessary under the existing circumstances.

II.

The arrest and incarceration of Defendant in Error was made on February 8, 2015. A Habeas Corpus was filed with the federal court within 30 days of the arrest and was timely filed under 28 U.S.C.1446(b). The federal court has denied the Writ of habeas without prejudice, for failure to exhaust state administrative procedures and the Defendant in Error has timely filed for writ of habeas in this court. The 397th District Court of Grayson County was given notice of this case, but has not stopped their proceeding.

The court is herein required to review the Writ of Habeas Corpus forthwith as Wrongfully Accused is currently being unlawfully incarcerated in violation of the Constitution, which is the purpose of the Writ, or respond as to why the court has not taken action in this case in a timely manner due to said unlawful incarceration.

Further, a request is herein made of this court to require the 397th District Court of Grayson County to stay it's proceedings.

WHEREFORE, Karl Schonwalder, pursuant to these statutes and in conformance with the requirements set forth requires a response from this court, on this day of 18th Day of August, 2015.

Respectfully submitted,

_____\S\_____

Karl Schonwalder
by Scott Odam POA

## 1. **VERIFICATION**

IN WITNESS OF THIS AGREEMENT, the undersigned states that all herein be true, to the best of my knowledge and ability, executed from *without* the "United States"; *c.f.* definition in 28 U.S.C. §1603(c ), §1746(1) and 26 U.S.C. §7701(a)(10)(26)(31) as of the 18rd day of August 2015.

_____\S\_____

Karl Schonwalder
by Scott Odam POA

## 2. **VERIFICATION OF SERVICE**

This is to verify that a copy of the above-entitled and numbered claim has been served on all parties listed below, delivering a true copy to them thru the courts electronic filing system, or mailed where necessary as follows:

**\*\*\*EX PARTE\*\*\*\***

SHERIFF, J. KEITH GARY
DIRECTOR, TDCJ-CID
200 S. Crockett
Sherman, TX 75090

_____

Karl Schonwalder
by Scott Odam POA